| | | | |
|---|---|---|---|
| Com. v. Byrd | 849 EDA 2016 <br> Affirmed | 10/31/2016 | CP–51–CR–1114802– 1974 <br> (Philadelphia) |
| Com. v. Stanley | 959 EDA 2016 <br> Affirmed | 10/31/2016 | CP–23–CR–0005974– 2004 <br> (Delaware) |
| Com. v. Hines | 981 EDA 2016 <br> Affirmed | 10/31/2016 | CP–13–CR–0000843– 2009 <br> (Carbon) |
| Com. v. Delgado | 1439 MDA 2015 <br> Affirmed | 10/31/2016 | CP–40–CR–0002654– 2013 <br> (Luzerne) |
| Com. v. Talley | 1917 MDA 2015 <br> Affirmed | 10/31/2016 | CP–14–CR–0001720– 2014 <br> (Centre) |
| Com. v. Talley | 1918 MDA 2015 <br> Affirmed | 10/31/2016 | CP–14–CR–0001721– 2014 <br> (Centre) |
| Com. v. Reigle | 2122 MDA 2015 <br> Vacated and <br> Remanded | 10/31/2016 | CP–49–CR–0001020– 2013 <br> (Northumberland) |
| Com. v. Wright | 113 MDA 2016 <br> Affirmed | 10/31/2016 | CP–22–SA–0000165– 2015 <br> (Dauphin) |
| Com. v. Adda | 399 MDA 2016 <br> Affirmed | 10/31/2016 | CP–67–CR–0006319– 2014 <br> CP–67–CR–0006321– 2014 <br> CP–67–CR–0006326– 2014 <br> CP–67–CR–0007831– 2014 <br> (York) |
| Com. v. Lumberger | 1238 WDA 2015 <br> Affirmed | 10/31/2016 | CP–02–CR–0003088– 2014 <br> (Allegheny) |
| Com. v. Waugaman | 1859 WDA 2015 <br> Reversed | 10/31/2016 | CP–02–CR–0000831– 2015 <br> (Allegheny) |
| Com. v. Forbes | 1951 WDA 2015 <br> Affirmed | 10/31/2016 | CP–05–CR–0000307– 2013 <br> CP–05–CR–0000315– 2013 <br> (Bedford) |
| Com. v. Bish | 379 WDA 2016 <br> Affirmed | 10/31/2016 | CP–33–CR–0000210– 2009 <br> (Jefferson) |
| Com. v. Ecklund | 462 WDA 2016 <br> Affirmed | 10/31/2016 | CP–61–CR–0000852– 2011 <br> (Venango) |